# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# BOWLING GREEN DIVISION
# CIVIL ACTION NO. 1:25-cv-00150-GNS

**MARIANO VENTURO GONZALEZ**             **PETITIONER**

vs.

**KRISTI NOEM, in her Official Capacity as
Secretary, Department of Homeland Security;
TODD LYONS, in his Official Capacity as
Acting Director, U.S. Immigration and
Customs Enforcement;
PAM BOND, in her Official Capacity as
Attorney General of the United States; and
MIKE WOODRUM, in his Official Capacity as
Grayson County Jailer**             **RESPONDENTS**

## ORDER TERMINATING CASE

Presently before the Court is Respondents' "Notice of Release from Custody" (DN 23), certifying that "Petitioner was released from custody on November 10, 2025," as required by this Court's "Memorandum Opinion and Order" (DN 21). Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** and **STRICKEN** from the Court's active docket.

**Greg N. Stivers, Judge**
**United States District Court**
December 3, 2025

cc: Counsel of Record